In the Matter of the Application of STEVE KAMINSKY, a Member of St. John's Greek Catholic Church of Syracuse, Appellant.

MICHAEL PUCHAR et al., Appellants; HARRY HNATKO et al., Respondents.

Argued January 3, 1938; decided January 18, 1938.

*Clifford H. Searl* for appellants.

*William H. Bamerick, L. Earl Higbee* and *Frederick Feuss* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.